# Order

Michigan Supreme Court
Lansing, Michigan

March 12, 2021

161575 & (20)(25)

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

                                                SC: 161575
                                                COA: 352546
                                                Macomb CC: 2015-002095-FC

DEITRICH RAESHAWN SANDERS,
     Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the May 13, 2020 order of the Court of Appeals is considered. We DIRECT the Macomb County Prosecuting Attorney to answer the application for leave to appeal within 28 days of the date of this order. In particular, we direct the prosecutor to respond to the defendant's argument that he was subjected to an unnecessarily suggestive identification procedure.

       The motions and the application for leave to appeal remain pending.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2021


t0309

                                       Clerk